**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Orlando VENECILLA SALAS, a.k.a.
Salas Orlando, Defendant–
Appellant.**

**No. 06–16212
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 7, 2007.

John Thomas Kingston, Valrico, FL, for Plaintiff–Appellee.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Defendant–Appellant.

Before BIRCH, BARKETT and HULL, Circuit Judges.

PER CURIAM:

John Kingston, appointed appellate counsel for Orlando Venecilla Salas, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Salas's convictions and sentence are **AFFIRMED.**